IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Royal Capital Development, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Maryland Casualty Company,<br><br>　　　　Defendant. | Civil Action No.1:10-CV-1275-RLV |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with a confidential settlement agreement among the parties, it is hereby stipulated that this case is dismissed with prejudice, with each party to bear their own costs.

SO STIPULATED this 26th day of November, 2012.

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ Alan E. Lubel* | */s/ J. Randolph Evans, Esq.* |
| Georgia Bar No. 460625 | Georgia Bar No. |
| LAW OFFICE OF ALAN E. LUBEL, P.C. | J. Stephen Berry, Esq. |
| | Georgia Bar No. 053106 |
| 3423 Piedmont Road, Suite 200 | McKENNA LONG & ALDRIDGE LLP |
| Atlanta, Georgia 30305 | 303 Peachtree Street, Suite 5300 |
| (404) 917-1080 | Atlanta, GA 30308 |
| (404) 233-1943 – Facsimile | (404) 527-4170 (telephone) |
| alubel@lubellaw.com | (404) 527-4198 (facsimile) |